# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BOBBY EARL KEYS,**

     **Petitioner,**

**v.**                               **Case No: 5:22-cv-59-WFJ-PRL**

**WARDEN, FCC COLEMAN-LOW,**

     **Respondent.**

_____

## <u>ORDER</u>

Petitioner initiated this action on February 1, 2022, by filing a *pro se* Petition for Writ of Habeas Corpus (Doc. 1). That same day, Petitioner was directed to pay the filing fee or file a motion to proceed *in forma pauperis* within 30 days of filing this case. *See* Order for All Confined, Pro Se Litigants (Doc. 2). As of the date of this Order, Petitioner has not filed a motion to proceed *in forma pauperis*, paid the filing fee, or requested an extension of time in which to do so. Indeed, the only action taken by Petitioner was to file an unsigned "motion" in which he seeks a preliminary injunction (Doc. 3). Petitioner failed to sign the motion as required by Federal Rule of Civil Procedure 11 and the Court's Order of February 1, 2022 (Doc. 2).

ACCORDINGLY, it is hereby **ORDERED:**

1.     Petitioner's request for a preliminary injunction (Doc. 3) is **STRICKEN** and will not be considered by the Court. The Clerk of the Court is

directed to terminate the motion, remove the pleading from the record, and return it to Petitioner.

2.     This case is **DISMISSED** without prejudice.

3.     The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Ocala, Florida on March 24, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: *Pro Se* Party